# Court of Appeals
# of the State of Georgia

ATLANTA,　August 16, 2012

*The Court of Appeals hereby passes the following order:*

**A12A0954.　TAWANNA DICKEY, et al. v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Tawanna and Lorenzo Dickey appealed the magistrate court's decision to the superior court. The superior court subsequently entered a writ of possession in favor of Federal National Mortgage Association. The Dickeys then appealed directly to this Court.

We lack jurisdiction. Because the order at issue disposes of a de novo appeal from a magistrate court decision, the appellants were required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　*Clerk's Office, Atlanta,* 08/16/2012
　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*